1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7144
7  Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov

8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,         )    CRIMINAL NO. **3 - 0 7 - 7 0 5 0 0**
                                     )
14         Plaintiff,                )
                                     )    NOTICE OF PROCEEDINGS ON
15         v.                        )    OUT-OF-DISTRICT CRIMINAL
                                     )    CHARGES PURSUANT TO RULES
16 RAFAEL MARTINEZ TORIBIO,          )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )    OF CRIMINAL PROCEDURE
17         Defendant.                )
                                     )
18 _____  )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on August 23, 2007, the above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22     ☒ Indictment

23     ☐ Information

24     ☐ Criminal Complaint

25     ☐ Other (describe) _____

26 pending in the Southern District of California, Case Number 00cr3495W.

27

28

                                    1

1    In that case, the defendant is charged with violations of Title 21 United States Code, Section

2  841(a)(1).

3  Description of Charges: Distribution of Methamphetamine; Possession of Methamphetamine

4  with Intent to Distribute.

5

6                                     Respectfully Submitted,
                                      SCOTT N. SCHOOLS
7                                     UNITED STATES ATTORNEY

8

9  Date:  August 24, 2007

10                                     ALLISON MARSTON DANNER
                                       Assistant U.S. Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OCDETF TEAM                                          DEA/C      7:155; 03/23/01

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

### v.

Rafael Martinez Toribio

### WARRANT FOR ARREST

**CASE NUMBER:**   00cr3495W

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                    Rafael Martinez Toribio

_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition
                                                                                               [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) - Distribution of Methamphetamine

In violation of Title       See Above       United States Code, Section(s)

Roberta Westdal                              Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

Signature of Deputy                          11/8/00   San Diego, CA
                                             Date and Location

Bail fixed at $         No Bail         by          The Honorable Anthony Battaglia

                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

1

2

3   **SECRET**

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  August 1999 Grand Jury

11  UNITED STATES OF AMERICA,      )  Criminal Case No. **00 CR . 3495 W**
                                    )
12              Plaintiff,          )  I N D I C T M E N T
                                    )
13      v.                          )  Title 21, U.S.C.,
                                    )  Sec. 841(a)(1) - Distribution of
14  RAFAEL MARTINEZ TORIBIO,        )  Methamphetamine; Title 21,
                                    )  U.S.C., Sec. 841(a)(1) -
15              Defendant.          )  Possession of Methamphetamine
                                    )  with Intent to Distribute
16  _____)

17      The grand jury charges:

18                          Count 1

19      On or about February 23, 2000, within the Southern District of

20  California, defendant RAFAEL MARTINEZ TORIBIO did knowingly and

21  intentionally distribute, approximately 11.6 grams of methamphetamine,

22  a Schedule II Controlled Substance; in violation of Title 21, United

23  States Code, Section 841(a)(1).

24  //

25  //

26  //

27  //

28  LAF:cks:San Diego
    11/7/00

FILED

00 NOV -8 PM 4:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

1                                   Count 2

2       On or about March 29, 2000, within the Southern District of

3 California, defendant RAFAEL MARTINEZ TORDIIO did knowingly and

4 intentionally distribute, 5 grams and more, to wit: approximately

5 22.3 grams of methamphetamine, a Schedule II Controlled Substance; in

6 violation of Title 21, United States Code, Section 841(a)(1).

·7                                   Count 3

8    .  On or about March 31, 2000, within the Southern District of

9 California, defendant RAFAEL MARTINEZ TORIEIO did knowingly and

10 intentionally distribute, approximately 3.7 grams of methamphetamine,

11 a Schedule II Controlled Substance; in violation of Title 21, United

12 States Code, Section 841(a)(1).

13                                   Count 4

14       On or about July 24, 2000, within the Southern District of

15 California, defendant RAFAEL MARTINEZ TORIEIO did knowingly and

16 intentionally distribute, 5 grams and more, to wit: approximately

17 28.1 grams of methamphetamine, a Schedule II Controlled Substance; in

18 violation of Title 21, United States Code, Section 841(a)(1).

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //·

27 //

28 //

1                                          Count 5

2          On or about July 24, 2000, within the Southern District of

3     California, defendant RAFAEL MARTINEZ TORBIO did knowingly and

4     intentionally possess, with intent to distribute, 50 grams and more

5     of a mixture or substance containing a detectable amount, to wit:

6     approximately 868.23 grams of methamphetamine, a Schedule II

7     Controlled Substance, in violation of Title 21, United States Code,

8     Section 841(a)(1).

9          DATED: November 8, 2000.

10                                         A TRUE BILL:

11

12                                         _____
                                           Foreperson
13
GREGORY A. VEGA
14    United States Attorney

15                                              11/8/00
16    By:
         LINDA A. FRAKES
17       Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28

                                  3