AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Rafael Martinez Toribio | FILED<br><br>AUG 2 4 2007 | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|---|

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist. Of CA | So. Dist. Of CA (San Diego) | 3-07-70500 JCS | 00-CR-3495W |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    21    **U.S.C. §**  841(a)(1)

**DISTRICT OF OFFENSE**
So. District of CA (San Diego)

**DESCRIPTION OF CHARGES:**

Distribution of Methamphetamine; Possession of Methamphetamine with Intent to Distribute.

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)   Dft waived his Identity/Removal Hearing & Detention
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/24/07
Date

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |
|---|---|---|---|
| | | | |

United States District Court
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,                    No. 3-07-70500 (JCS)
8            Plaintiff(s),
                                                  CERTIFICATE OF SERVICE
9        v.
10   RAFAEL MARTINEZ TORIBIO,
11           Defendant(s).
                                          /
12
13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
14
     That on August 24, 2007, I SERVED a true and correct copy of the attached, by placing said
15   copy in a postage paid envelope addressed to the person(s) listed below, by depositing said
     envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
16   located in the Office of the Clerk.

17   Allison Danner
     Asst. United States Attorney
18   450 Golden Gate Ave.
     San Francisco, CA 94102
19
     Daniel Blank
20   Asst. Federal Public Defender
     450 Golden Gate Ave.
21   San Francisco, CA 94102

22   US Marshal Service w/4 certified copies.
     450 Golden Gate Ave.
23   San Francisco, CA 94102

24   US Pretrial Services

25
                                        RICHARD W. WIEKING, CLERK
26
27                              BY: Karen L. Hom
                                   Karen L. Hom, Courtroom Deputy
28